IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J'CARPC, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>DOMINIQUE WILKINS, DEXTER CHAPPEL and ARPIN INTERNATIONAL GROUP, INC.,<br><br>      Defendants. | 1:06-cv-2357-WSD |

**OPINION AND ORDER**

On August 1, 2007, the Court granted Plaintiff's Motion for Sanctions for Defendant Wilkins refusal to participate in discovery responsibly. In ordering that sanctions be awarded, the Court gave Plaintiff two weeks to provide evidence to the Court of its attorney fees in bringing said Motion. Plaintiff's attorney Alan S. Clarke has now submitted his Affidavit setting forth attorney fees he incurred in moving to compel Defendant Wilkins to respond to discovery. The attorney fees requested are in the amount of $2,570.50. Having considered Mr. Clarke's affidavit, the Court considers the fee requested reasonable and based on an hourly rate reasonable within this community for legal services of this type rendered.

Accordingly,

**IT IS HEREBY ORDERED**, that Defendant Dominique Wilkins, on or before September 30, 2007, pay Plaintiff's attorney fees in the amount of $2,570.50.

**SO ORDERED** this 19th day of September, 2007.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE